RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/10/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DONNIE LEE THOMAS<br>LA. DOC No. 106606 | CIVIL ACTION NO. 3:11-cv-0383 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| SHERIFF ANDY BROWN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### MEMORANDUM ORDER

*Pro se* Plaintiff Donnie Lee Thomas filed the instant civil rights Complaint pursuant to 42 U.S.C. §1983 on March 8, 2011. Plaintiff is an inmate in the custody of Louisiana's Department of Public Safety and Corrections; he is incarcerated at the Jackson Parish Corrections Center, Jonesboro, Louisiana. He complains that Defendants ignored his November 2010 prisoner grievances requesting placement in protective custody; in an Amended Complaint he alleged retaliation, verbal abuse, and wrongful seizure and destruction of property. Throughout he has prayed for monetary damages for pain and suffering, mental anguish, and permanent psychological injury and a transfer to another facility. [Doc. No. 1]

On March 28, 2011, Plaintiff submitted an application to proceed *in forma pauperis*; he admitted that prior civil actions had been dismissed as frivolous; however, he failed to identify those cases. [Doc. No. 4, ¶7]. Based upon a preliminary review of the application, Plaintiff was allowed to proceed *IFP* on April 1, 2011. [Doc. No. 5]

On June 8, 2011, United States Magistrate Judge Karen L. Hayes determined that Plaintiff had, on four previous occasions, while a prisoner, filed civil rights complaints which were dismissed

as frivolous by this Court, the United States District Court for the Middle District of Louisiana, and the United States Fifth Circuit Court of Appeals. Since Plaintiff accumulated more three "strikes" and since Plaintiff did not allege that he was in imminent danger of serious physical injury, the order granting *in forma pauperis* status was revoked and rescinded pursuant to 28 U.S.C. §1915(g). Plaintiff was directed to pay the full filing fee of $350.00 within 20 days of June 8, 2011 or suffer dismissal of his complaint. [Doc. No. 7]

Plaintiff has neither objected to the order nor paid the filing fee as directed. Therefore,

**IT IS ORDERED** that Plaintiff's civil rights complaint is hereby **DISMISSED** and his complaint and associated pleadings are **STRICKEN.**

MONROE, LOUISIANA, this 10 day of August, 2011.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**